**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Civil Action No. 04-cv-02330-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THORO PRODUCTS COMPANY,

    Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,

    Third Party Defendant.

## ORDER

The Court, having considered the Joint Motion to Stay Proceedings for Settlement Negotiations, finds good cause to stay the instant proceedings. Accordingly, it is hereby ORDERED:

All litigation deadlines shall be stayed from the date of this Order to allow the parties sufficient time to prepare a final consent decree for entry by the Court.

SO ORDERED this 3rd day of October, 2006.

                      s/Richard P. Matsch

                      Richard P. Matsch, Senior District Judge