IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02330-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THORO PRODUCTS COMPANY,

        Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,

        Third Party Defendant.

---

ORDER FOR HEARING ON STIPULATION TO DISMISSAL

---

    This civil action has been stayed pursuant to this Court's order of October 3, 2006, entered on the Joint Motion to Stay Proceedings for Settlement Negotiations filed by the plaintiff and Thoro Products Company on October 2, 2006.

    A status report filed on March 30, 2007, identified complications in settlement negotiations, including a compliance order issued by the Colorado Department of Public Health and Environment, directed to Thoro Products Co.  On April 30, 2007, the same parties filed a new status report, suggesting progress in settlement negotiations. On June 5, 2007, the plaintiff and Thoro Products Company filed a pleading designated Stipulation to Dismissal and Settlement of the United States' Claims Related to Tract 6 of The Thoro Property, together with a status report.  Tendered to the Court was a proposed order of partial dismissal of the plaintiff's claims regarding Tract 6 with a

provision for retention of jurisdiction to enforce provisions of the stipulation. The third-party defendants, Great Western Inorganics, Inc., and Highway 72 Properties, Inc., are not parties to the stipulation and the effect of entering into the proposed order is not clear to this court. Accordingly, it is

ORDERED that a hearing on the proposed stipulation will be held on **July 9, 2007, at 2:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated: June11th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge