IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02330-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THORO PRODUCTS COMPANY,

    Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

    Third Party Defendants.

---

ORDER APPROVING STIPULATION TO DISMISSAL AND SETTLEMENT OF THE
UNITED STATES' CLAIMS RELATED TO TRACT 6 OF THE THORO PROPERTY

---

On June 5th, 2007, the plaintiff, United States of America, and defendant Thoro Products Company, filed a stipulation settling the government's claims related to tract 6 of the Thoro property within Rocky Flats Industrial Park Site.  That stipulation was the subject of a hearing held on July 9, 2007, at which the parties to the stipulation appeared as well as counsel for Great Western Inorganics, Inc.  The stipulation was not approved because the Court was concerned with enforcement of its provisions in the absence of jurisdiction over the PRP Group, consisting of Adolph Coors Company, Hamilton Sunstrand Corporation, Zenith Electric Corporation of Texas and Zenco de Chihuahua, S.A. de C.V.  On July 20, 2007, an addendum to the stipulation to dismissal and settlement was filed, expressly including a consent to jurisdiction by PRP Group

through counsel, Mark J. Matthews, whose attached affidavit includes the representation that he has the authority to consent on behalf of those parties. Based upon that representation and consent it is now

ORDERED that the stipulation is approved. The United States' claims for access to tract 6 and related claims for civil penalties are dismissed and the stipulation will be enforceable as an order of this Court.

Dated: July 26th, 2007

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge