IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-02330-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THORO PRODUCTS COMPANY,

    Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

    Third Party Defendants.

---

ORDER STRIKING THORO PRODUCTS COMPANY'S THIRD AMENDED ANSWER,
COUNTERCLAIMS AND THIRD PARTY COMPLAINT

---

On February 8, 2008, the plaintiff and Thoro Products Company filed a joint status report advising of their efforts to resolve by agreement issues involving Tract 7 and suggested a further report to the Court in 90 days regarding the status of settlement negotiations. On the same date Thoro Products Company filed a supplemental status report, indicating that the absence of the State of Colorado from this litigation is adversely affecting settlement, given the State's administrative orders and also filed Thoro Products Company's Third Amended Answer, Counterclaims, and Third Party Complaint. The Fourteenth Claim for Relief alleges breach of contract and seeks an order requiring enforcement of the AOC against the PRP Group. Thoro Products Company filed the new pleading, believing that it was entitled to proceed

without a court order under Fed.R.Civ.P. 15.  The filing adds confusion to this case, given that it is inconsistent with the Order Approving Stipulation to Dismissal and Settlement of the United States' Claims Related to Tract 6 of the Thoro Property, entered July 26, 2007, and inconsistent with this Court's previous stay of proceedings. Additionally, it is unclear that the proposed Fourteenth Claim for Relief states a claim against the State of Colorado or serves the purposes identified by the supplemental status report.  Given the confusion as to the status of the matters sought to be addressed in this litigation, a status conference should be convened with all parties represented.  Accordingly, it is

ORDERED that the Thoro Products Company's Third Amended Answer, Counterclaims, and Third Party Complaint is stricken and it is

FURTHER ORDERED that a status conference will be held on **February 28, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, to be attended by all parties.

Dated: February 12th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge