<b>IN THE UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLORADO</b>

Civil Action No. 04-cv-02330-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THORO PRODUCTS COMPANY,

       Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

       Third Party Defendants,
_____

## ORDER
_____

       Pursuant to the Amended Scheduling Order, the United States, on behalf of the Environmental Protection Agency ("EPA") has submitted a Motion to Withdraw EPA's Certification of the Index to the Administrative Record filed October 3, 2005. The government's Motion is hereby granted and the Certification of the Index to the Administrative Record filed October 3, 2005 is withdrawn from the record. In accordance with the Amended Scheduling Order, the government will re-certify an administrative record by June 6, 2008.

       Dated this 8th day of April 2008.

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior Judge