# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02330-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THORO PRODUCTS COMPANY,

    Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

    Third Party Defendants,
_____

## ORDER
_____

THE COURT, having reviewed the Parties' Joint Motion to Appoint Mediator and Amend the April 7, 2008 Scheduling Order does hereby

ORDER the referral of the above-referenced action to Magistrate Judge Michael E. Hegarty for mediation and does further ORDER that the deadline for completion of the mediation referenced in the April 7, 2008 Scheduling Order shall be extended to July 21, 2008.

Dated this 8th day of May, 2008.

                BY THE COURT
                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge