IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02330-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THORO PRODUCTS COMPANY,

    Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

    Third Party Defendants,
_____

**ORDER**
_____

    THE COURT, having reviewed the Parties' Joint Motion to Amend the April 7, 2008 Scheduling Order does hereby

    ORDER that the deadline for entry of a certified administrative record referenced in the April 7, 2008 Scheduling Order shall be extended to August 8, 2008.

Dated this 29th day of May, 2008.

                                    BY THE COURT:

                                    s/ Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge