# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02330-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THORO PRODUCTS COMPANY,

       Defendant/Third Party Plaintiff,

v.
GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

       Third Party Defendants.

_____

## ORDER MODIFYING SCHEDULING ORDER
_____

       Upon joint motion of the parties to this action for an extension of the deadline for EPA to certify an administrative record, it is

       ORDERED that the parties' joint motion is granted and that the deadline in the April 7, 2008 Amended Scheduling Order for EPA to certify an administrative record is hereby changed from August 8, 2008 until October 3, 2008.

       DATED: July 31st, 2008

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge