IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02330-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THORO PRODUCTS COMPANY,

       Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

       Third Party Defendants.
_____

**ORDER AMENDING THE COURT'S JULY 31, 2008 ORDER MODIFYING
SCHEDULING ORDER**
_____

Upon consideration of the joint motion of the parties to this action for an extension of the deadline for EPA to certify an administrative record, it is

ORDERED that the motion is granted and the deadline for EPA to certify an administrative record is hereby changed from October 3, 2008, until October 17, 2008.

DATED: August 4th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge