IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02330-RPM-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THORO PRODUCTS COMPANY,

        Defendant/Third-Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

        Third-Party Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

     The Unopposed Motion to Withdraw Jeffrey Talbert as Counsel of Record [85] is granted and Jeffrey Talbert has no further responsibility as counsel for Thoro Products Company in this matter and his electronic notice is terminated.

Dated: August 11, 2008