## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02330-RPM-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THORO PRODUCTS COMPANY,

      Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

      Third Party Defendants.

_____

## ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER
_____

      Upon joint motion of the parties to this action for an extension of the deadline for EPA to

certify an administrative record, IT IS HEREBY

      ORDERED that the parties' joint motion is GRANTED. IT IS

      FURTHER ORDERED that the deadline in the April 7, 2008 Amended Scheduling Order

for EPA to certify an administrative record is hereby changed from August 8, 2008 until

January 23, 2009.

      DATED: October 17th, 2008

                             BY THE COURT:

                             s/ Richard P. Matsch

                             _____

                             Richard P. Matsch, Senior District Judge