## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02330-RPM-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THORO PRODUCTS COMPANY,

    Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

    Third Party Defendants.
_____

## ORDER RE: SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER
_____

    Upon review of the joint motion of the parties to this action for an extension of the deadline for EPA to certify an administrative record, it is

    ORDERED that the parties' joint motion is granted and the deadline in the April 7, 2008 Amended Scheduling Order for EPA to certify an administrative record is hereby changed from January 23, 2009 until February 27, 2009.

    Dated this 5th day of January, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge
United States District Court

36758-0001/LEGAL15106543.1