IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02330-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THORO PRODUCTS COMPANY,

       Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

       Third Party Defendants.

_____

ORDER MODIFYING SCHEDULING ORDER

_____

       Upon consideration of the Joint Motion to Modify Scheduling Order [97], it is

       ORDERED that the motion is granted and the deadline for EPA to certify an

administrative record is extended to and including July 12, 2009.

       Dated: February 13th, 2009

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge