IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02330-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THORO PRODUCTS COMPANY,

    Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

    Third Party Defendants.

---

## ORDER MODIFYING SCHEDULING ORDER

Upon consideration of the Joint Motion to Modify Scheduling Order [99], it is

ORDERED that the motion is granted and the deadline for EPA to certify an administrative record is extended to and including October 2, 2009.

Dated: June 30th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge