**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-02330-RPM-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THORO PRODUCTS COMPANY,

      Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

      Third Party Defendants.

_____

**ORDER GRANTING THE JOINT MOTION TO ADMINISTRATIVELY CLOSE
THE CASE PURSUANT TO D.C.COLO.L.CivR 41.2.**
_____

Upon the JOINT MOTION TO ADMINISTRATIVELY CLOSE THE CASE PURSUANT TO D.C.COLO.L.CivR 41.2, IT IS HEREBY

ORDERED that the above-captioned case be administratively closed.

DATED: September 30th, 2009

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge