IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02330-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THORO PRODUCTS COMPANY,

    Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,
HIGHWAY 72 PROPERTIES, INC.,

    Third Party Defendants.

---

## ORDER GRANTING MOTION TO REOPEN CASE AND UNOPPOSED MOTION TO AMEND THE COMPLAINT

---

After review of the Joint Motion to Reopen the Case, filed December 22, 2009 [105] and the Unopposed Motion to Amend the Complaint, filed December 22, 2009 [106], it is

ORDERED that the motions [105] and [106] are granted and this civil action is reopened with the First Amended Complaint [107] accepted as filed today.

Dated: December 28th , 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge